January 29, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

MICHELLE EISENBERG, Appellant

NO. 14-14-00982-CV                    V.

MICHAEL EISENBERG, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on November 25, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Michelle Eisenberg.

We further order this decision certified below for observance.